IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **RECONSIDERATION ORDER OF** |
| v. | ) | **DETENTION** |
| | ) | |
| Crystal Jean Edwards, | ) | |
| | ) | Case No.: 1:21-cr-00114 |
| Defendant. | ) | |

On September 9, 2024, Defendant filed a *Motion for Reconsideration Order of Detention*. (Doc. No. 70). Defendant requests the court release her from custody and allow her to reside with her daughter in Fargo, North Dakota. She advises that United States Probation has been made aware of the residential address and it has been deemed suitable for release.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 70). Defendant shall be released no earlier than 9:30 p.m. on September 10, 2024, to Mary Bauer for immediate transport to the Minot train station. Defendant shall leave Minot, North Dakota on the train departing at approximately 10:50 p.m. and arrive in Fargo, North Dakota at approximately 3:00 a.m. on September 11, 2024, where she shall be immediately transported to her daughters' residence.

Defendant remains subject to her previously imposed supervised release conditions. Defendant release shall also be subject to the following conditions:

1) Defendant shall report to United States Probation Officer Zackary Larson at 701-530-2405 within 24 hours of arrival at the pre-approved residence.

2) Defendant shall reside at the pre-approved residence and not change this residence without prior approval of the supervising officer.

3) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the supervising officer and comply with resulting counseling or treatment recommendations.

4) Defendant shall maintain or actively seek employment. Employment must be approved by the supervising officer.

5) Defendant must participate in the following location restriction program and comply with its requirements as directed by the supervising officer.

   Curfew: You are restricted to your residence every day from eleven to six, or as directed by the supervising officer.

   Defendant must submit to the following location monitoring technology and comply with its requirements as directed: location monitoring technology as directed by the supervising officer.

6) Defendant must report as soon as possible, to the supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

If Defendant is unable to be transported from Minot, North Dakota to Fargo, North Dakota as anticipated, she shall report directly to the United States Marshal Services.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2024.

>                    */s/ Clare R. Hochhalter*
>                    Clare R. Hochhalter, Magistrate Judge
>                    Untied States District Court